**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00848-CV

## LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants

## V.

## GREENVILLE LANDMARK VENTURE, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 10-02411-D**

## ORDER

We **GRANT** appellants' August 7, 2013, unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief by August 12, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE